**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAHIB GUL,

Petitioner,

v.

MARKWAYNE MULLIN, ETC., ET AL.,

Respondents.

No. ED CV 26-6806-E

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to provide Petitioner (A# 213-085-994) with an opportunity for a prompt bond hearing before an immigration judge at which the burden will be on the Government to justify Petitioner's detention through proof by clear and convincing evidence that Petitioner is an unacceptable danger or an unacceptable risk of flight.

DATED: November 23, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE